Submitted on record and briefs June 5, reversed July 16, 2003

In the Matter of Joseph Parrish,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JOSEPH PARRISH,
*Appellant.*

02C17956; A119494

72 P3d 1066

Andrew P. Ositis filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and David F. Coursen, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

Appellant appeals his involuntary civil commitment on the ground that there is insufficient evidence to support the trial court's conclusion that he is unable to provide for his basic personal needs. ORS 426.005(1)(d)(B). The state concedes that the evidence in the record is insufficient to meet the requisite "clear and convincing" evidentiary standard. ORS 426.130. Having reviewed the record, we conclude that the state's concession is well founded and accept it.

Reversed.